UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LARS WINKELBAUER, ABILASH KURIEN, CARLTON LLEWELLYN, ROBERT SCHIRMER, SKYE XU, BENJAMIN WEI, a/k/a "Ben Wei," ALVARO LOPEZ, FABIOLA CINO, ORLANDO WONG, and PATRICK LAU, a/k/a "Pat Lau,"<br><br>*Defendants*. | Case No. 23 Cr. 133 (JMF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samidh Guha of Perry Guha LLP, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel for Defendant Robert Schirmer in the above-captioned action.

Dated: April 27, 2023
      New York, New York

Respectfully submitted,

*/s/ Samidh Guha*
Samidh Guha (No. 2962199)
PERRY GUHA LLP
1740 Broadway, 15th Floor
New York, NY 10019
Email: sguha@perryguha.com
Telephone: (212) 399-8350
Facsimile: (212) 399-8331

*Counsel for Defendant Robert Schirmer*