

SAMIDH GUHA
212-399-8350 PHONE
sguha@guhapllc.com EMAIL

August 14, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #119.

SO ORDERED.

August 15, 2023

Re:   *United States v. Robert Schirmer*, **23 Cr. 133 (JMF)**
      **Request for Modification of Bail Conditions**

Dear Judge Furman:

We represent defendant Robert Schirmer in the above-captioned matter. We write on behalf of Mr. Schirmer to respectfully request a temporary modification to Mr. Schirmer's bail conditions to allow him to travel by car to visit his son in North Carolina.

We have conferred with the government and Pre-Trial Services, and both consent to our request.

If permitted, Mr. Schirmer would leave the District on August 31, 2023, and return on September 13, 2023. We have provided Mr. Schirmer's son's address in North Carolina to both the government and Pre-Trial Services.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Samidh Guha*
Samidh Guha
GUHA PLLC
1740 Broadway, 15th Floor
New York, New York 10019
Email: sguha@guhapllc.com
Phone: (212) 399-8350

cc:   All Counsel of Record