**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

LARS WINKELBAUER, ABILASH
KURIEN, CARLTON LLEWELLYN,
ROBERT SCHIRMER, SKYE XU,
BENJAMIN WEI, a/k/a "Ben Wei,"
ALVARO LOPEZ, FABIOLA CINO,
ORLANDO WONG, and PATRICK LAU,
a/k/a "Pat Lau,"

*Defendants*.

Case No. 23 Cr. 133 (JMF)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kelly McGee of Guha PLLC, an attorney duly admitted to

practice before this Court, hereby enters her appearance as counsel for Defendant Robert Schirmer

in the above-captioned action.

Dated: June 12, 2024
   New York, New York

Respectfully submitted,

*/s/ Kelly McGee*
Kelly McGee (No. 5766860)
GUHA PLLC
1740 Broadway, 15th Floor
New York, New York 10019
Email: kmcgee@guhapllc.com
Telephone: (212) 399-8343
Facsimile: (212) 399-8331

*Counsel for Defendant Robert Schirmer*