UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
:
-v-                                                :           23-CR-133-4 (JMF)
:
ROBERT SCHIRMER,                                                       :           SCHEDULING ORDER
:
Defendant.                                         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **July 30, 2024**, is ADJOURNED to **August 27, 2024,** at **10:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  (If either party has any objection to that adjournment, it should confer with the other side and file an appropriate letter motion.)

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing.  The Government's sentencing submission shall be served one week in advance of the date set for sentencing.  If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

SO ORDERED.

Dated: June 21, 2024                                              _____
       New York, New York                                                       JESSE M. FURMAN
                                                                  United States District Judge